UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JOYCE DE LA ROSA

          Plaintiff

     -against-

FC EIGHTH AVE., LLC, SCHNIPPER RESTAURANTS LLC AND SRG1, LLC

          Defendants

------------------------------------------------------------x

Docket: 1:16-cv-01019 (CM) (AJP)

## ORDER OF DISMISSAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/17

**COLLEEN MCMAHON, U.S.D.J.:**

    The Court having been advised that all claims asserted herein have been settled;

**IT IS ORDERED**, that the above-captioned action be, and hereby is, dismissed with prejudice, but without costs; provided, however, that if the settlement is not consummated within thirty (30) days of this Order, either party may apply by letter after the thirty-day period for restoration of the action to the calendar of the undersigned, and any such application will be granted, in which event the action will be restored. Any pending motions or scheduled conferences are deemed moot and are canceled.

Dated:   February 22, 2017
           New York, New York

SO ORDERED:

*[signature]*

**COLLEEN MCMAHON**
**United States District Judge**

2-23-2017